1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15

FRANK A. WALLMULLER,

                              Plaintiff,

      v.

CASEY SALISBURY *et al.*,

                              Defendants.

Case No. C09-5534BHS

ORDER ON PENDING MOTIONS

16
17
18
19
20
21
22
23
24
25
26

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local

Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  The matter is before the court on: (i)

plaintiff's motion for an extension of time, (Doc. 19); (ii) defendants' motion to enforce

stipulated dismissal, (Doc. 22); and plaintiff's motion to require service of defendants' motion

to enforce the stipulated dismissal, (Doc. 32).  Having reviewed the above motions, the balance

of the record, and issued a report and recommendation on defendants' motion for summary

judgment on this same date (recommending dismissal of this matter), the court finds and orders

as follows:

ORDER- 1

1.      Plaintiff's motion for an extension of time to file opposition to the pending motion for summary judgment was filed on March 17, 2010.  Since that date, plaintiff has filed no less than twelve affidavits and pleadings in opposition to the dispositive motion, which have all been considered by the court.  Therefore, any further extension of time is unnecessary and the motion for more time is **DENIED**, as being moot.

2.      Defendants' motion to enforce a stipulated dismissal is **DENIED**.  Based on the pleadings it is clear the parties did not agree to whether or not the matter should be dismissed by stipulation with or without prejudice.

3.      Plaintiff's motion to require defendants to serve the motion to enforce the stipulated dismissal is **DENIED**, as being moot.  The underlying motion to enforce the stipulated dismissal has been denied.

4.      The Clerk is directed to send plaintiff a copy of this order.

DATED this 30th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2