# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRANK A. WALLMULLER

JUDGMENT IN A CIVIL CASE

v.

CASEY SALISBURY, et al.,

CASE NUMBER: C09-5534BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the report and recommendation for the reasons stated herein, and **GRANTS** summary judgment in favor of Defendants, dismissing the complaint herein without prejudice.

| June 22, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk